DARRYL SHIOZAWA
c/o 125 S San Tomas Quino Rd.
Campbell, CA 95008-2565
Telephone: (408) 378-6956

**Filed**

FEB 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE





# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SHIOZAWA,<br><br>*Plaintiff / Petitioner,*<br>v.<br><br>United States of America, et al.,<br><br>*Defendant / Respondent.* | Civil Action No. CV12-01028 PSG<br><br>**PETITION TO QUASH THIRD PARTY INTERNAL REVENUE SERVICE SUMMONS.** |

Petitioner, **DARRYL SHIOZAWA**, hereby petitions this court to quash the third party record keeper summons, issued to Wells Fargo Bank, by the Internal Revenue Service ***unrelated*** to himself.

## I

## JURISDICTION

1. This court has jurisdiction in this action pursuant to the provisions of Title 26 U.S.C. Sections 7609(b)(2)(A), 7609(h), and Title 28 U.S.C. Sections 1331 and 1340, venue is proper in that the petitioner and respondents all reside or are found within the geographical jurisdiction of this Court.

## II

# PARTIES

2. Petitioner Darryl Shiozawa is a Citizen of the State of California.

3. Respondent United States of America, Internal Revenue Service (herein-after "IRS"), is a federal government entity with agencies and offices throughout the United States, and more specifically with an Internal Revenue Service Office located at 55 South Market Street, San Jose, California from which this action has arisen.

4. Respondent, *or party of interest* is Wells Fargo Bank is a Commercial Banking Corporation, and financial institution, with offices in a number of locations within and without the Northern District of California.

## III

## PETITION TO QUASH SUMMONS

5. On or about March 1, 2012 Revenue Agent Howard Baldwin issued a third party summons to Wells Fargo Bank, a copy of which was mailed to Wells Fargo Bank. (copy of summons attached hereto exhibit 1, and made a part hereof by reference thereto).

6. The summons directed to respondent Wells Fargo Bank requests documentation that is unrelated to petitioner. SIMPLY PETITIONER IS NOT SPECIFICALLY NAMED BECAUSE THERE ARE NO ASSESSMENTS AGAINST HIM.

7. It appears on the face of the Summons that the Summons is issued "In the matter of "Shiro Shiozawa aka Shiro's Auto Body". The apparent purpose for the documentation sought in the summons is therefore not disclosed upon the face of the summons.

8. The Internal Revenue Service must at all times use the summons authority in good-faith pursuit of a congressionally authorized purpose. The IRS has the burden of showing in an adversarial proceeding that it's investigation is pursant to a legitimate purpose, and that the information sought is relevant and material to this legitimate purpose. Good faith is not presumed where the summons power is used to harass or to pressure the individual.

9. This petition is based on Darryl's contention that Revenue Agent Howard Baldwin is using the summons power to harass and pressure Darryl, for reasons unknown to Darryl at this time, and for purposes that are wholly illegitmate to the spirit and intent of the law, noting that no law or other authority was cited as the ostensible authority for issuance of the Summons.

10. The IRS in general and Revenue Agent Howard Baldwin specifically are aware that there is no legal basis of any kind that would support the issuance of a summons as evidence by the complete absence of any citation to any legitmate basis for the issuance of summons on its face.

11. Intervention can be brought by Darryl who is NOT originally a party to Shiro per IRC 7609(b)(1) because he IS NOT THE NOTICEE OR SUBJECT IDENTIFIED IN THE HEADING OF THE SUMMONS (also reference Internal Revenue Manual 25.5.6.3.8 [10-04-2006]).

12. There is NO EXCEPTION PRESENT involving petitioner Darryl from notification of the service of the administrative summons served upon party Wells Fargo Bank per IRC 7609(a) supported by Internal Revenue Manual 25.5.6.1 [10-04-2006]).

13. At all times to this PETITION, DARRYL SHIOZAWA WAS AND HAS BEEN ENTITLED TO NOTICE OF THE ADMINSTRATIVE SUMMONS,

BUT RESPONDENT AND HIS LACKY REVENUE AGENT VIOLATED THE LAW OF THIS CASE BY NOT SERVING A COPY OF THE AD-MINSTRATIVE SUMMONS UPON HIM <u>AS REQUIRED BY LAW</u>.

Therefore, the data Summoned is not relevant to any legitimate purpose.

**WHEREFORE**, in consideration of the foregoing, petitioner prays that this court order the respondents to appear before this honorable court and show cause as to why this court should not quash the summons here involved.

Respectfully submitted this 29$^{h}$ day of February, 2012.

_____
Darryl Shiozawa, Petitioner

# EXHIBIT 1



**WELLS FARGO**

SUBPOENA PROCESSING EAST
PO BOX 8667 Y1372-110
PHILADELPHIA, PA 19101

February 16, 2012

DARRYL SHIOZAWA
620 PARKHURST DR
CAMPBELL CA 950083711

Re:              Subpoena Received

Bank Reference No:      3603636

Dear DARRYL SHIOZAWA:

Wells Fargo is in receipt of the above referenced legal order that requires production of your bank records/information regarding your account(s). A copy of the order is enclosed for your reference.

This notice is provided so you might undertake whatever actions you believe appropriate to preclude the bank from having to provide records/information pursuant to the legal order. Should you require assistance, we recommend that you immediately consult a professional of your choice, such as an attorney, for guidance.

If the necessary documents to prevent production by the bank are not provided to us, we will be compelled to comply.

Sincerely,

Subpoena Processing Department
Wells Fargo

Voice: 215-973-4000
Fax: 704-427-3686

*3603636*


# Summons

In the matter of  Shiro Shiozawa aka Shiro's Auto Body, 125 S. San Tomas Aquino Road, Campbell, Ca. 95008

Internal Revenue Service (Division):  **Small Business / Self Employed**

Industry/Area (name or number):  **Small Business / Self Employed - Area 27**

Periods:  **January 01, 2008 thru December 31, 2011**

## The Commissioner of Internal Revenue

To:  **Wells Fargo Bank**

At:  **Subpoena Processing East, PO Box 8667 Y1372-110, Philadelphia, PA 19101**

You are hereby summoned and required to appear before HOWARD BALDWIN, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

(1) Copies of all signature cards relative to the account, open and closed, of Darryl Shiozawa, routing number 122105278; account number: ▇▇▇▇▇ for the period January 01, 2008 thru December 31, 2011

(2) Copies of all bank statements relative to the account, open or closed, of Darryl Shiozawa, routing number 122105278; account number: ▇▇▇▇▇ for the period January 01, 2008 thru December 31, 2011

(3) Copies of all checks (front and back) over $500 issued by Darryl Shiozawa, routing number 122105278; account number: ▇▇▇▇▇ for each month for the period January 01, 2008 thru December 31, 2011

(4) Copies of all signature cards relative to the account, open and closed, of Darryl Shiozawa, routing number 121042882; account number ▇▇▇▇▇ for the period January 01, 2008 thru December 31, 2011

(5) Copies of all bank statements relative to the account, open or closed, of Darryl Shiozawa, routing number 121042882; account number: ▇▇▇▇▇ for the period January 01, 2008 thru December 31, 2011

(6) Copies of all checks (front and back) over $500 issued by Darryl Shiozawa, routing number 121042882; account number: ▇▇▇▇▇ each month for the period January 01, 2008 thru December 31, 2011

NOTE: "Under IRC 7609(c)(2)(D), this summons is exempt from the notice requirements pertaining to third party summonses"

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

*Howard Baldwin*        **REVENUE OFFICER, 77-01919**
Signature of IRS Official Serving the Summons      Title

**Business address and telephone number of IRS officer before whom you are to appear:**

55 S MARKET STREET HQ5115, SAN JOSE, CA 95113- - (408)817-6453

**Place and time for appearance at:**  55 S MARKET STREET HQ5115, SAN JOSE, CA 95113-

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the _1st_ day of _March_, _2012_ at _10:00_ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this _8th_ day of _February_, _2012_

HOWARD BALDWIN      REVENUE OFFICER
Signature of Issuing Officer      Title

*signature*      GROUP MANAGER
Signature of Approving Officer (if applicable)      GROUP MANAGER

Part A – to be given to person summoned