1  MELINDA HAAG  (CSBN.132612)
   United States Attorney
2  THOMAS MOORE  (ALBN. 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
     9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
5  Telephone:  (415) 436-7017

6  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRYL SHIOZAWA, | Case No. C-12-01028-PSG |
| Petitioner, | |
| v. | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE, STIPULATION TO DISMISS, AND [proposed] ORDER THEREON |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

For the reasons that there is no longer a case or controversy with respect to this matter because the Internal Revenue Service withdrew the summons which it issued on February 8, 2012 to Wells Fargo Bank (see Exhibit 1 attached to Petition to Quash), which is at issue in this case, and because the petitioner did not serve the United States Attorney or the Attorney General of the United States at Washington D.C. as required by Rule 4 of the Federal Rules of Civil Procedure:

It is hereby stipulated by and between Petitioner, Darryl Shiozawa, and respondent, United States of America, through the undersigned, as follows:

1. The petitioner, Darryl Shizawa, and respondent, United States of America, in accordance with the provisions of Title 28, U.S.C. Section 636(c), hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

2. That this matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

_/s/ Darryl Shiozawa_
DARRYL SHIOZAWA
Petitioner
8-16-12

MELINDA HAAG
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney
Tax Division

Attorneys for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2012

_/s/ Paul S. Grewal_
UNITED STATES MAGISTRATE JUDGE

CONSENT TO MAGISTRATE, STIP.,
& ORDER (C-12-01028-PSG)            2